NUMBER 13-01-363-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


____________________________________________________________________


FINANCIAL SECURITY SERVICES, INC., Appellant,


v.



COLLINS SALES, INC., Appellee.

____________________________________________________________________


On appeal from the 139th District Court


of Hidalgo County, Texas.


____________________________________________________________________


O P I N I O N



Before Chief Justice Valdez and Justices Yanez and Rodriguez


Opinion Per Curiam


Appellant, FINANCIAL SECURITY SERVICES, INC., perfected an appeal from a judgment entered by the 139th
District Court of Hidalgo County, Texas, in cause number C-584-98-C. After the record and briefs were filed and
after the cause was submitted to the Court, the parties filed a joint motion to vacate the trial court's judgment and
to enter a judgment of dismissal. In the motion, the parties state that they have settled this case. The parties
request that this Court vacate the trial court's judgment and enter a judgment dismissing this appeal, dismissing
the claims of Collins Sales, Inc. with prejudice, and ordering each party to bear its own costs. The parties also
request that this Court release Financial Security Services, Inc. and Travelers Casualty and Surety Company of
America from their obligations on the supersedeas bond. 

The Court, having considered the documents on file and the parties' joint motion, is of the opinion that the motion
should be granted. The parties' joint motion is GRANTED. The judgment of the trial court is hereby VACATED,
and the cause below and the appeal are ordered DISMISSED. Costs of the appeal are adjudged against the party
incurring same. It is further ORDERED that appellant, Financial Security Services, Inc., and Travelers Casualty and
Surety Company of America, as surety, are released from their obligations on the supersedeas bond. 


PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 3rd day of October, 2002.